# United States District Court

## District of Maryland   06-439-M-01

UNITED STATES OF AMERICA

v.

Morton K. Perry

WARRANT FOR ARREST

Case No. 03-3565M

SSN:
DOB:

**FILED**

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
USMS
BALTIMORE, MD
2004 MAY 10 P 3:52

TO:  The United States Marshal and any
     Authorized United States Officer

FILE AS A DETAINER AT
BUREAU OF PRISONS
FCI, FAIRTON, NEW JERSEY 08320

YOU ARE HEREBY COMMANDED to arrest Morton K. Perry and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

in violation of Title United States Code, Section(s)

William Connelly
Name of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____ NO BOND

U.S. Magistrate Judge
Title of Issuing Officer

May 5, 2004    Greenbelt, MD
Date and Location

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 5/5/04 | Stephenie K. Owens, Deputy U.S. Marshal | Stephenie K. Owens |
| Date of Arrest 10/16/06 | | |

U.S. DISTRICT COURT (Rev. 12/98)

# United States District Court
## Violation Notice

**FILED**
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**06-439-M-01**

Loc Code: MY970-4
Violation No: P140578
Printed Officer Name: M.W. York
Officer No: 312

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/13/03 0932hrs
Offense Charged: 36 CFR 2.32(a)(3)
Place of Offense: NPS B-P Pkwy S/o RT 495
Offense Description: GIVING FALSE INFORMATION

Defendant's Last Name: PERRY
First Name: MORGAN
MI: KENDOO

DL State: 
D.L. Number: 
Social Security Number:

Driver's License No: NONE

VEHICLE DESCRIPTION
Vehicle Tag No: NONE
Vehicle Tag State: DC
Year: 1988
Vehicle Make: MAZDA RX7
Vehicle Color: Black
Temp: 2dr

☐ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address (circle one):
US District Court                US District Court
3rd & Constitution Ave NW        401 Courthouse Sq
Washington DC 20001              Alexandria VA 22314
(202) 273-0400                   (703) 299-2100
                                 US District Court
                                 6500 Belcrest Rd Rm 410
                                 Hyattsville MD 20782
                                 (301) 436-8175

Date: 11/87
Time: 8AM

For payment by credit card SEE INSTRUCTIONS
Original - CVB Copy

Defendant Description:
Sex: M
Race: BLK
Height: 5'4"
Weight: 150
Hair: BLK
Eyes: BRN

Weather Conditions: Clear (circle one) Cloudy Rain Snow Ice Fog
Traffic Conditions: Light (circle) Medium Heavy

NPS Form 10-504 Rev 5/97

P140578

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____ 19___ while exercising my duties as a law enforcement officer in the _____ District of _____

[lined area for statement]

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
Date    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date    U.S. Magistrate Judge

CVB Scan 10/22/2003 10:46:07

# United States District Court
## Violation Notice

| Loc Code | Violation No. | Officer Name | Officer No. |
|---|---|---|---|
| MY97/04 | P140579 | M.W. Younce | 312 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 10/13/03 0930hrs | 36 CFR 2.32 |
| Place of Offense | 03-31,039 |
| N/B B-W Pkwy, S/O Rt 465 | |

Offense Description: THREATENING OR INTIMIDATING

Defendant's Last Name: BEELEY   First Name: MARION    MI: K

Street Address:

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | DC Temp | 1988 | MAZDA RX7 | BLACK 2DR |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
— I wish to terminate this matter by paying the collateral shown below, enclosed
— I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address (circle one) | Date | Time |
|---|---|---|
| US District Court, 333 Constitution Ave NW, Washington DC 20001 (202) 273-0430 | | |
| US District Court, 401 Courthouse Sq, Alexandria VA 22314 (703) 299-2100 | | |
| US District Court, 6771 Baltimore Rd Rm 420, Hyattsville MD 20782 (301) 344-8173 | | |

For payment by credit card see INSTRUCTIONS

**Physical Description**

| Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| M | BLK | 5'9" | 150 | BLK | BRN |

Collateral (final): M/A

Original    CVB Copy

Weather Conditions: Clear / Cloudy / Rain / Snow
Traffic Conditions: Light / Medium / Heavy
(Circle One) Ice / Fog    Juvenile

NPS Form 10-30a Rev 5/97

P140579

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____ 19___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
              Date           Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
              Date           U.S. Magistrate Judge

CVB Scan 10/29/2003 10:45:07

# United States District Court
## Violation Notice

| Violation No. | Print Officer Name | Officer No. |
|---|---|---|
| P140582 | M. W. YOUNG | 312 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 10/13/03 0032 | 36 CFR 2.35 (b) (2) |
| Place of Offense | |
| B/W PKWY, S/O RT 495 | |

**Offense Description**

POSSESSION OF MARIJUANA

| Defendant's Last Name | First Name |
|---|---|
| PERRY | MORTON KENTON |

NONE

8z

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | TEMP | 1998 | MAZDA RX-7H | BLACK 2002 |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address (circle one) | Date | Time |
|---|---|---|
| US District Court / US District Court / US District Court / US District Court | | 0800 |

| Collateral (fee) | For payment by credit card, SEE INSTRUCTIONS |
|---|---|
| N/A | Original - CVB Copy |

**Physical Description**

N/A

| Sex | Race | Height | Weight | Hair | Eye | (Circle One) |
|---|---|---|---|---|---|---|
| M | BLACK | 5'11 | 150 | BLK | BRN | Adult Juvenile |

| Weather Condition | Cloudy | Rain | Snow | Ice | Fog |
|---|---|---|---|---|---|
| ☒ Clear | | | | | |

Traffic Conditions: Medium Heavy

P140582

NPS Form 10-58a Rev 5/97

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____ 19___, while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
            Date         Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
            Date         US Magistrate Judge

CVB Scan 10/23/2003 10:45:07