**FILED**
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_United States_ DISTRICT OF _District of Columbia_

UNITED STATES OF AMERICA
V.

_Morten K. Perry_

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _06-439_

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the ~~U.S. Atty~~ District of _Maryland (Greenbelt)_

Brief Description of Charge(s):

_Ticket Violation P140579_
_P140578_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_10/16/06_
Date

_[signature]_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |