**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 10/23/06

**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
6500 Cherrywood Lane Ste 200
Greenbelt, MD. 20770
RE: 06MG439 (Morton K. Perry)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                               Warrant of Removal
- X   Warrant/Violation Notices                  Order of Removal
-     Minute Order Appointing Counsel     X    Detention Order
-     Corporate Surety Bond                X    Waiver of Removal
-     Personal Surety Bond
- X   Other-Blotter dated 10/16/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk